UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : Case No. 2:05-CR-88-1 |
| | : |
| DANIEL WILDER | : |

ORDER

The Report and Recommendation of the United States Magistrate Judge was filed August 9, 2007.  After careful review of the file and the Magistrate Judge's Report and Recommendation, no objections having been filed by any party, this Court ADOPTS the Magistrate Judge's recommendations in full for the reasons stated in the Report.

A district judge must make a *de novo* determination of those portions of a magistrate judge's report and recommendation to which an objection is made.  Fed. R. Civ. P. 72(b); 28 U.S.C. § 636(b)(1); *Perez-Rubio v. Wyckoff*, 718 F.Supp. 217, 227 (S.D.N.Y. 1989).  The district judge may "accept, reject, or modify, in whole or in part, the magistrate's proposed findings and recommendations."  *Id.*

The motions to dismiss (Paper 25 and 45)are **DENIED.** In addition, the motion for in camera review (Paper 26) is DENIED in part and GRANTED in part, the motion for a bill of particulars (Paper 28) is DENIED, the motion to leave to file additional motions (Paper 29) is DENIED, and the motion in limine (Paper 37) is DENIED.

Dated at Burlington, in the District of Vermont, this 6th day of September, 2007.

/s/ William K. Sessions III
William K. Sessions III
Chief Judge